UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. LUPO,

        Plaintiff,

vs                                                Case No.: 05-60223
                                                Hon. John Corbett O'Meara

DAIMLERCHRYSLER CORPORATION,

        Defendant.

---

| | |
|---|---|
| JAMES R. CMEJREK (P11993) | RICHARD M. TUYN (P29091) |
| Law Offices of James R. Cmejrek | LISA S. LANE (P39226) |
| Attorney for Plaintiff | Cattel, Tuyn & Rudzewicz, PLLC |
| 2201 Medford Road | Attorneys for Defendant |
| Ann Arbor, MI 48104 | 33 Bloomfield Hills Parkway, Suite 120 |
| (734) 677-1440 | Bloomfield Hills, MI  48304 |
| | (248) 593-6400 |

---

**ORDER GRANTING DEFENDANT DAIMLERCHRYSLER CORPORATION'S
MOTION FOR JUDGMENT BASED ON THE ADMINISTRATIVE RECORD,
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND DISMISSING THE CASE WITH PREJUDICE AND WITHOUT COSTS**

At a session of said Court, held in the City of Ann Arbor,
County of Washtenaw, State of Michigan

PRESENT: JOHN CORBETT O'MEARA
United States District Court Judge

Upon the filing and reading of Defendant DaimlerChrysler Corporation's Motion for Judgment Based on the Administrative Record and Plaintiff's Motion for Summary Judgment, oral argument on said Motions having been heard in open Court on June 1, 2006 and the Court being otherwise fully informed in the premises;

It is hereby Ordered that Defendant DaimlerChrysler's Motion is GRANTED in its entirety and Plaintiff's Motion is DENIED, and the case is dismissed with prejudice and without costs to either party.

This is a Final Order which resolves all issues and closes the case.

s/John Corbett O'Meara<br>
John Corbett O'Meara<br>
United States District Judge

Dated:  June 5, 2006